**No. 44068.**—Protest 5394–K of Henry Pollak, Inc. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. The protest was therefore overruled.

**No. 44069.**—Protest 5393–K of New York Merchandise Co., Inc. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. The protest was therefore overruled.

**No. 44070.**—Protest 989593–G of C. H. Powell Co. (Boston).

Opinion by KEEFE, J. On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, JULY 1, 1940

**No. 44071.**—Protest 836987–G of W. X. Huber Co. (Los Angeles).

Opinion by BROWN, J. The Government analyst reported that the samples are shaped like phonograph records and consist of about 8 percent paper backed with about 92 percent of a composition which contains approximately 20 percent shellac, 75.2 percent clay, and 4.8 percent carbon black pigment. The testimony of the witness for the plaintiff was held insufficient to establish that the mer-chandise was not in chief value of shellac or copal. The protest was therefore overruled.

**No. 44072.**—Protests 731759–G, etc., of Leghorn Trading Co. et al. (Phila-delphia).

Opinion by BROWN, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.